IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Electronically filed August 22, 2025*

| | |
|---|---|
| JOSEPH DIMARINO, et al. | Case No. 24-cv-0262-DAT |
| Plaintiffs, | |
| v. | Judge David A. Tapp |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STATUS REPORT**

As the Court knows, the parties reached a tentative settlement agreement inclusive of all claims, and related attorney fees, costs, and interest. On August 21, 2025, undersigned counsel received the necessary approvals to proceed with finalizing and formalizing that settlement agreement. On August 22, 2025, Plaintiffs advised undersigned counsel that they intend to move for the voluntarily dismissal of a single plaintiff. As such, the United States anticipates that the parties will work today and into early next week to modify the settlement agreement to reflect the anticipated voluntary dismissal. Plaintiffs intend to file a stipulation of dismissal within fourteen days of receiving payment.

Respectfully submitted on August 22, 2025.

Adam R. F. Gustafson
Acting Assistant Attorney General
Environment & Natural Resources Division

_____
Katharine Laubach
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, Colorado 80202
(202) 353-5765
katharine.laubach@usdoj.gov
*Attorneys for the United States*

*/s/ Lindsay S.C. Brinton*
Lindsay S.C. Brinton
Meghan S. Largent
Marlee L. Rowe
Lewis Rice LLC
600 Washington Avenue,
Suite 2500
St. Louis, MO 63101
(314) 444-7723
(314) 612-7723 (fax)
lbrinton@lewisrice.com
*Attorneys for Plaintiffs*